UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTIAN CONCEPCION, for himself and others similarly situated,<br><br>v.<br><br>TRAINCROFT, INC. | Case: 1:21-cv-11100-NMG |

## JOINT MOTION TO REOPEN

Pursuant to Federal Rule of Civil Procedure 1 and the Court's equitable power to control its docket, Plaintiff Christian Concepcion and Defendant Traincroft, Inc. move this Court to administratively reopen these proceedings.

On September 23, 2022, the parties advised the Court the case had settled and the Court ordered the action "dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 60 days if settlement is not consummated." Doc. 24. Thereafter, the parties engaged in extensive negotiations to finalize the settlement. They sought multiple extensions in order to reach an agreement as to the terms of the agreement, including allocations, opt-out and objection procedures, notice forms, and settlement administration. See, e.g., Docs. 25, 27, 29, 31, 33, 35.

However, the parties have not yet finalized the few remaining terms. They intend to continue efforts towards settlement but no longer wish to delay further progress in this action, if necessary. As such, because the settlement has not been consummated, the parties respectfully request the Court reopen the action. See Doc. 24.

For the reasons stated above, the parties request the Court administratively reopen the case and set a conference to address deadlines and a new scheduling order, unless the parties are able to finalize a resolution before then.

Date: March 3, 2023.                                    Respectfully Submitted,

| CHRISTIAN CONCEPCION | TRAINCROFT, INC. |
|---|---|
| By his attorneys | By its attorneys |
| /s/ Richard J. (Rex) Burch<br>Richard J. (Rex) Burch<br>**BRUCKNER BURCH PLLC**<br>11 Greenway Plaza, Suite 3025<br>Houston, Texas 77046<br>Phone: 713-877-8065<br>Facsimile: 713-877-8065<br>rburch@brucknerburch.com | /s/ Sarah Clay Leyshock<br>Sarah Clay Leyshock (OH#0081695)<br>Ivy Sander (OH#100204)<br>**Taft Stettinius & Hollister LLP**<br>425 Walnut Street, Ste. 1800<br>Cincinnati, OH 45202-3957<br>Phone: (513) 381-2838<br>Fax: (513) 381-0205<br>sleyshok@taftlaw.com<br>isander@taftlaw.com |
| Philip J. Gordon<br>Kristen M. Hurley<br>**Gordon Law Group**<br>585 Boylston Street<br>Boston, MA 02116<br>Phone: (617) 536-1800<br>Facsimile: (617) 536-1802<br>pgordon@gordonllp.com | Paula M. Bagger (BBO No. 547703)<br>**Law Office of Paula Bagger LLC**<br>One Marina Park Drive, Ste. 1410<br>Boston, MA 02210<br>Phone: (617) 807-7111<br>pmb@baggerlaw.com |
| Michael A. Josephson<br>**Josephson Dunlap LLP**<br>11 Greenway Plaza, Suite 3050<br>Houston, Texas 77046<br>Phone: (713) 352-1100<br>Facsimile: (713) 352-3300<br>mjosephson@mybackwages.com | |

## CERTIFICATE OF SERVICE

    I, Rex Burch, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those identified as non-registered participants on March 3, 2023.

                                                /s/ Richard J. (Rex) Burch
                                                Richard J. (Rex) Burch

76618304v1