UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTIAN CONCEPCION, for himself and others similarly situated, : : : v. : : TRAINCROFT, INC. : : _____: | Case No. 1:21-cv-11100-NMG Judge Nathaniel M. Gorton |

**ASSENTED-TO TO MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
AND NOTICE TO CLASS MEMBERS**

Plaintiff Christian Concepcion submit this Assented-To Motion for Preliminary Approval of Class Action Settlement and Notice to Class Members. For the reasons in the memorandum filed in support of this motion, Concepcion respectfully request that the Court enter an order similar to the form attached as Exhibit 3:

(1) granting preliminary approval of the proposed Settlement and Release Agreement (attached as Exhibit 1), subject to the right of any Class Member to challenge the fairness, reasonableness, or adequacy of the Settlement Agreement and to show cause, if any, why a final judgment should not be entered after due notice to the Class and after a hearing on final approval;

(2) preliminarily certifying the Class for purposes of the Settlement and appointing Concepcion as class representative;

(3) confirming Bruckner Burch PLLC, Gordon Law Group, LLP, and Josephson Dunlap PLLC as class counsel;

(4) confirming ILYM Group, Inc. as the Settlement Administrator;

(5) approving the parties' proposed Notice to the Class informing them of pending Action and the proposed Settlement;

(6) directing that such Notice be sent to the Class Members as provided in the Settlement Agreement; and

(7) ordering the following dates for further proceedings:

    a.  Any objection to the settlement made by any Class Member shall be filed with the Court and served on counsel for the parties within 60 days following the initial mailing of the Notice.

    b.  The Final Approval Hearing shall be held in February 2024, at a date convenient to the Court, at which the Court may consider whether (a) the proposed settlement as set forth in the Settlement Agreement should be finally approved as fair, reasonable and adequate pursuant to Federal Rule of Civil Procedure 23, (b) the application of Class Counsel for an award of it's fees and expenses should be approved, and (c) the entry of a Settlement Order should be made.

Date: **September 5, 2023.**

Respectfully submitted,

**BRUCKNER BURCH PLLC**

/s/ Richard J. (Rex) Burch
_____
Richard J. (Rex) Burch
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Phone: 713-877-8065
Fax: 713-877-8065

Philip J. Gordon
Kristen M. Hurley
**Gordon Law Group**
585 Boylston Street
Boston, MA 02116
Phone: (617) 536-1800
Fax: (617) 536-1802

Michael A. Josephson
**Josephson Dunlap LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Phone: (713) 352-1100
Fax: (713) 352-3300

## **CERTIFICATE OF SERVICE**

I certify I filed this document with the ECF system that will send a copy to the registered participants identified on the Notice of Electronic Filing. All parties in this case are registered.

/s/ Richard J. (Rex) Burch<br>
Richard J. Burch