UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTIAN CONCEPCION, for himself and others similarly situated,<br><br>v.<br><br>TRAINCROFT, INC. | **CASE: 1:21-CV-11100-NMG** |

## ASSENTED-TO MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Christian Concepcion files this assented-to motion for final approval of the Settlement (attached as <u>Exhibit 1</u>) preliminarily approved in this matter. As set forth in the memorandum filed in support of this motion, the Settlement is fair, reasonable, and adequate. Therefore, after the hearing on final approval, the Court should enter final judgment approving the Settlement and dismissing this case with prejudice.

In support of this Motion, Concepcion also submits:

The Final Report of the Settlement Administrator (Exhibit 2); and

The Declaration of Richard J. Burch (Exhibit 3).

Date: April 11, 2024.                                    Respectfully submitted,

**BRUCKNER BURCH PLLC**

/s/ Richard J. (Rex) Burch
_____
Richard J. (Rex) Burch
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Phone: 713-877-8065
Fax: 713-877-8065

Philip J. Gordon
Kristen M. Hurley
**Gordon Law Group**

        585 Boylston Street
        Boston, MA 02116
        Phone: (617) 536-1800
        Fax: (617) 536-1802

        Michael A. Josephson
        **Josephson Dunlap LLP**
        11 Greenway Plaza, Suite 3050
        Houston, Texas 77046
        Phone: (713) 352-1100
        Fax: (713) 352-3300

## **CERTIFICATE OF SERVICE**

      I certify I filed this document with the ECF system that will send a copy to the registered participants identified on the Notice of Electronic Filing. All parties in this case are registered.

        /s/ Richard J. (Rex) Burch
        Richard J. Burch