UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No:1:21-11100-NMG

CHRISTIAN CONCEPCION

v.

TRAINCROFT, INC.

FINAL JUDGMENT AND ORDER OF DISMISSAL

GORTON, D.J.

In accordance with the Court's allowance of the Plaintiff's Assented-to Motion for Final Approval of Class Action Settlement on 4/16/2024, it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice.

By the Court,

/s/ Christine M. Lima
Deputy Clerk

April 17, 2024